ORIGINAL

1  **BORJA_M.stpgar3**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

FEB - 6 2007 ꝏ

MARY L.M. MORAN
CLERK OF COURT

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF GUAM

10  UNITED STATES OF AMERICA,        )      CRIMINAL CASE NO. 97-00142
                                     )
11              Plaintiff,           )
                                     )
12          vs.                      )      **STIPULATED MOTION FOR WRIT**
                                     )      **OF CONTINUING GARNISHMENT**
13  MARLENE R. BORJA,                )
                                     )
14              Defendant,           )
                                     )
15  _____      )
                                     )
16  U.S. NAVY FEDERAL CREDIT UNION,  )
                                     )
17              Garnishee.           )
    _____      )

18

19          WHEREAS Defendant, MARLENE R. BORJA, P.O. Box XXXX, Agat, Guam  96928,

20  Social Security Number XXX-XX-0788, has requested that monies available in the judgment

21  defendant's account number XXXXXX4887, in the amount of $100.00 per week beginning

22  March 2, 2007 and continuing thereafter at the end of every week, be made payable to the Clerk,

23  U.S. District of Guam for payment toward Defendant MARLENE R. BORJA's restitution that is

24  due and owing;

25  //

26  //

27  //

28  //

1   Plaintiff, UNITED STATES OF AMERICA, and Defendant, MARLENE R. BORJA,

2   hereby jointly move the Court for an order of a writ of continuing garnishment on the monies

3   available in the judgment defendant's account number XXXXXX 4887, in the amount of

4   $100.00 per week, beginning March 2, 2007 and continuing thereafter at the end of every week,

5   until Defendant MARLENE R. BORJA's restitution obligation is paid in full.

6       The parties further agree that this garnishment may thereafter be further modified and

7   amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a

8   new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order

9   for Continuing Garnishment.

12  Dated: 2-5-07

13  MARLENE R. BORJA
    Defendant

15  LEONARDO M. RAPADAS
16  United States Attorney
    Districts of Guam and the NMI

18  Dated: 2-6-07          By:

19                         MARIVIC P. DAVID
                           Assistant U.S. Attorney

22  APPROVED:

23

24  F. MICHAEL CRUZ
    Chief Probation Officer
    Districts of Guam and the NMI

27  By:

28  CARMEN D. O'MALLAN
    U.S. Probation Officer

- 2 -