BORJA_M.stpwrit3

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
FEB -7 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARLENE R. BORJA, <br><br> Defendant, <br><br> U.S. NAVY FEDERAL CREDIT UNION, <br><br> Garnishee. | CRIMINAL CASE NO. 97-00142 <br><br> **WRIT OF CONTINUING GARNISHMENT** |

Upon stipulated motion of Plaintiff, Defendant for an order of Writ of Continuing Garnishment on Defendant, MARLENE R. BORJA's account number XXXXXX 4887, in the amount of $100.00 per week, beginning March 2, 2007 and continuing thereafter at the end of every week;

//
//
//
//
//
//

ORIGINAL

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on account number XXXXXX 4887, in the amount of $100.00 per week of MARLENE R. BORJA, Social Security Number XXX-XX-0788, beginning March 2, 2007 and continuing thereafter at the end of every week, until further notice. |

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on account number XXXXXX 4887, in the amount of $100.00 per week of MARLENE R. BORJA, Social Security Number XXX-XX-0788, beginning March 2, 2007 and continuing thereafter at the end of every week, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

with a reference to court number **CR 97-00142** to ensure her account is properly credited.

DATED this 7th day of February, 2007.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam