BORJA_M_F.svc

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MARLENE REYES BORJA,<br><br>　　　　　Defendant, | CRIMINAL CASE NO. 97-00142<br><br><br><br>**CERTIFICATE OF SERVICE** |
| U.S. NAVY FEDERAL CREDIT UNION,<br><br>　　　　　Garnishee. | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Stipulated Motion for Writ of Continuing Garnishment** and **Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on February 9, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michelle Perez
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MICHELLE PEREZ