ORIGINAL

1 | **BORJA_M.wdraw**

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

7 | Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV – 5 2007 

**JEANNE G. QUINATA**
**Clerk of Court**

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE DISTRICT OF GUAM

| | |
|---|---|
| 10 UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00142 |
| 11 Plaintiff, ) | |
| 12 vs. ) | **MOTION TO WITHDRAW** **WRIT OF CONTINUING** **GARNISHMENT** |
| 13 MARLENE R. BORJA, ) | |
| 14 Defendant, ) | |
| 15 ——————————————— ) | |
| U.S. NAVY FEDERAL CREDIT UNION, ) | |
| 16 ) | |
| Garnishee. ) | |
| 17 ——————————————— ) | |

18

19 | On or about February 7, 2007, a Writ of Continuing Garnishment directed to Garnishee

20 | was duly issued and served upon the Garnishees. By letter dated August 21, 2007, from the

21 | garnishee, there aren't any funds available in the account. Plaintiff respectfully requests that the

22 | Court withdraw the Writ of Continuing Garnishment.

23 | DATED this _2nd_ day of November, 2007.

24

25 | LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

26

27 | By: _____
MARIVIC P. DAVID
28 | Assistant U.S. Attorney