ORIGINAL

BORJA_M.svc

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM

NOV - 9 2007
2:45

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00142 |
| Plaintiff, ) | |
| vs. ) | |
| MARLENE R. BORJA, ) | **CERTIFICATE OF SERVICE** |
| Defendant, ) | |
| U.S. NAVY FEDERAL CREDIT UNION, ) | |
| Garnishee. ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed or electronically filed copy of the following: **Motion to Withdraw Writ of Continuing Garnishment** and **Order Re: United States Motion to Withdraw Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on November 8, 2007.

MICHELLE PEREZ