# UNITED STATES DISTRICT COURT

for

## District of Guam

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Marlene R. Borja**    Case Number: **CR 97-00142-001**

Name of Sentencing Judicial Officer: John S. Unpingco

Date of Original Sentence: April 17, 1998

Original Offense: Embezzlement by a Bank Employee, in violation of 18 U.S.C. § 656.

Original Sentence: Zero months imprisonment; three years supervised release; 150 hours Community Service; obtain and maintain lawful employment; complete high school education, not incur any additional loans without the approval of the U.S. Probation Office (USPO); provide access to any financial information, pay restitution to the Bank of Hawaii in the amount of $9,129.21 and pay a $100 Special Assessment Fee. **Modified** September 21, 1998 to include the completion of at least four individual or group family sessions with the Pacific Area Counseling Network. **Modified** February 17, 1999 to include participation in urinalysis; complete 150 hours of community service by March 8, 1999; and report to probation every Monday to submit proof of six employment applications until employed. **Revoked** August 31, 1999, ordered to serve nine months imprisonment with 51 months of supervised release to follow. She was ordered to pay $9,129.21 restitution. **Modified** August 16, 2000, ordered to: refrain from the use of alcohol; participate in drug treatment and testing; participate in a parenting class; obtain and maintain gainful employment; support dependents; not associate with Jennifer L. Fejeran; not incur any additional loans or lines of credit; and complete her high school education. **Modified** March 28, 2002, ordered to perform additional 150 hours of community service. **Modified** March 28, 2002, ordered to serve three months of electric monitoring (curfew portion of the program). **Revoked** January 15, 2003, ordered to serve ten months imprisonment with 41 months of supervised release to follow. She was ordered to participate in drug treatment and testing, submit to a mental health intake assessment and any recommended treatment, report weekly to the USPO for guidance and instruction, notify employers of criminal history and perform 400 hours of community service. All conditions previously ordered and modified were re-imposed. **Informational Violation Report,** May 28, 2004. **Modified** August 24, 2004, ordered to serve three months of home detention with electronic monitoring and to participate in a psychological assessment and any recommended treatment. **Revoked** February 10, 2005, ordered to serve 30 days home confinement with electronic monitoring with 36 months supervised release to follow. All conditions previously ordered and modified were re-imposed. In addition the Court ordered restitution be paid at a rate of $400 per month, as garnished from her employment wages. **Revoked** July 8, 2005, and ordered to serve nine months imprisonment and 31 months supervised release to run concurrently with criminal case no. 02-00059-001. All conditions previously ordered and modified were re-imposed with the exception of community service.

Type of Supervision: Supervised Release    Date Supervision Commenced: May 19, 2006

Assistant U.S. Attorney: Marivic P. David    Defense Attorney: John T. Gorman

## PETITIONING THE COURT

☐ To issue a warrant

☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision in violation of 18 U.S.C. § 3583(d):

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory Condition | Failure to refrain from committing another federal, state, or local crime. |

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

      ☒ revoked.

      ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

**See attachment:**
*Declaration in Support of Petition; Re: Violations of Supervised Release, Request for a Summons*
*submitted by USPOS Carmen D. O'Mallan*

Reviewed by:

I declare under penalty of perjury that
the foregoing is true and correct.

/s/ ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Date: November 21, 2007

Executed on: November 21, 2007

---

**THE COURT ORDERS:**

☐ **No action.**

☐ **The issuance of a warrant.**

☒ **The issuance of a summons.** A summons shall issue for December 20, 2007, at 2:00 p.m.

☐ **Other**



**/s/ Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: Dec 12, 2007**