**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**REVOCATION**

CASE NO.: CR-97-00142 and CR-02-00059    DATE: December 20, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori    Court Reporter: Wanda Miles
Courtroom Deputy: Walter Tenorio    Electronically Recorded: 2:12:49 - 2:44:41
CSO: L. Ogo/D. Quinata

**APPEARANCES:**
Defendant: Marlene R. Borja    Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.    ☐ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas    U.S. Agent:
U.S. Probation: Maria Cruz    U.S. Marshal: V. Roman
Interpreter:    Language:

**PROCEEDINGS: Initial Appearance re Petition to Revoke Supervised Release**
- Allegations stated by the Court.
- Probation recommended detention. Government concurred.
- Defendant admits to all the allegations.
- Disposition Hearing set for 01/21/2008 at 10:00 a.m.
- Defendant to remain released and admonished to abide by her supervised release conditions.

NOTES: