AO83 (Rev. 10/03) Summons in a Criminal Case

**FILED**
**DISTRICT COURT OF GUAM**
**DEC 20 2007**
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

UNITED STATES OF AMERICA
V.

**MARLENE R. BORJA**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: **CR-97-00142**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| | **Date and Time** |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Thursday, December 20, 2007 at 2:00 p.m.** |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   **X** Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**See Petition for Warrant or Summons for Offender Under Supervision filed separately on December 12, 2007**

**ORIGINAL**

| MARILYN B. ALCON; Deputy Clerk | _/s/ Marilyn B. Alcon_ |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| **December 12, 2007** | |
| Date | |

**RECEIVED**
**DEC 17 2007**
**US MARSHALS SERVICE-GUAM**

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]     Date   12-18-2007

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

UNITED STATES MARSHALS SERVICE
ATTN:
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   12-20-2007
              Date

J. Salos
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.