DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 97-00142 |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **MARLENE R. BORJA,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to December 17, 2007.

Dated this 20th day of December 2007.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge