JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
MARLENE R. BORJA

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 97-00142 |
|---|---|
| Plaintiff, | ) ORDER |
| vs. | ) |
| MARLENE R. BORJA, | ) |
| Defendant. | ) |

The Stipulation filed on January 23, 2008, is HEREBY APPROVED and So ORDERED. The disposition hearing is hereby continued to March 20, 2008 at 9:30 a.m.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Jan 24, 2008**