# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**MARLENE R. BORJA**     CASE NUMBER: **CR-97-00142-001**

TYPE OF CASE:

☐ CIVIL     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**DISPOSITION HEARING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | March 20, 2008 at 9:30 A.M. | March 25, 2008 at 1:30 P.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 20, 2008     Virginia T. Kilgore
DATE     /s/ (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
          Law Offices of Federal Public Defender
          U.S. Probation Office
          U.S. Marshals Service