# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-97-00142-001　　　　　　　　　DATE: March 25, 2008
　　　　　　CR-02-00059-001

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　Electronically Recorded: 11:07:53 - 11:48:57
　　　　　　　　　　Virginia T. Kilgore
CSO: B. Benavente

**APPEARANCES:**
Defendant: Marlene R. Borja　　　　　　Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David　　　　U.S. Agent:
U.S. Probation: Carmen O'Mallan　　　　U.S. Marshal: V. Roman
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Disposition Hearing**
- Court disclosed its personal knowledge of the defendant. Parties and defendant had no objection to her presiding over the cases.
- Mr. Arens informed the court that defendant will attend a treatment program at the Naval Hospital today.
- Court orders defendant's husband to be present at next hearing.
- Proceedings continued to: <u>April 3, 2008 at 11:00 a.m.</u>
- Court continued the proceedings to determine whether home confinement, weekend confinement or some term of imprisonment is appropriate.
- Defendant admonished to abide by conditions previously ordered.

NOTES: