**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
REVOCATION**

CASE NO.: CR-97-00142
           CR-02-00059

DATE: April 03, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley
Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos
                        Virginia T. Kilgore
Electronically Recorded: 11:44:01 - 12:34:30

**APPEARANCES:**

Defendant: Marlene R. Borja
☑ Present ☐ Custody ☐ Bond ☑ P.R.

Attorney: Richard Arens
☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Marivic P. David
U.S. Probation: Carmen O'Mallan
Interpreter:

U.S. Agent:
Language:

**PROCEEDINGS: Continued Disposition Hearing**
- Witness - Dr. Laura Leigh Post - sworn and examined.
- Dr. Post to submit current curriculum vitae and summary of records by <u>April 11, 2008</u>.
- Proceedings continued to: <u>May 2, 2008 at 9:30 a.m.</u>

NOTES: