**BORJA_M.taxgar1**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00142 |
| Plaintiff, | ) | |
| vs. | ) | **APPLICATION FOR WRIT** |
| | ) | **OF GARNISHMENT** |
| MARLENE R. BORJA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

APPLICATION FOR WRIT OF GARNISHMENT

     The United States of America, plaintiff, makes application in accordance with 28 U.S.C.

§ 3205(b)(1) to the Clerk of the District Court of Guam to issue a Writ of Garnishment upon the

judgment entered against the Defendant-Judgment Debtor MARLENE R. BORJA, whose last

known mailing address is: P.O. Box XXXX, Agat, Guam 96928, (hereinafter "Debtor"), in the

above cited action for the sum of $9,229.21 which includes a $100.00 special assessment fee and

restitution in the amount of $9,129.21.

     There is a balance of $10,440.54 as of April 30, 2008 ($6,293.12 principal + $4,102.42

int. to 4/30/2008).

*//*

1    Demand for payment of the above-stated debt was made upon the debtor not less than 30

2    days and the Debtor has failed to satisfy the debt.

3    The Garnishee is believed to have possession of property (including nonexempt

4    disposable earnings) in which Defendant-Judgment Debtor MARLENE R. BORJA has a

5    substantial nonexempt interest.

6    The names and address of the Garnishees or his authorized agents is:

7    Department of Revenue & Taxation
     Attn.:  Artemio B. Ilagan, Director
8    P.O. Box 23607
     GMF, Guam 96921
9

10   DATED this 1st day of May, 2008.

11                                           LEONARDO M. RAPADAS
12                                           United States Attorney
                                             Districts of Guam and the NMI
13

14                                   By:     /s/ Jessica F. Cruz
15                                           JESSICA F. CRUZ
                                             Assistant U.S. Attorney
16                                           Jessica.F.Cruz@usdoj.gov
                                             MIKEL W. SCHWAB
17                                           Assistant U.S. Attorney
                                             mikel.schwab@usdoj.gov
18

19

20

21

22

23

24

25

26

27

28

- 2 -