**BORJA_M.taxgar2**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARLENE R. BORJA,<br><br>    Defendant,<br><br>DEPARTMENT OF REVENUE<br>  AND TAXATION,<br>GOVERNMENT OF GUAM,<br><br>    Garnishee. | CRIMINAL CASE NO. 97-00142<br><br>**ORDER GRANTING COURT APPROVAL FOR THE DISTRICT COURT CLERK TO ISSUE A WRIT WRIT OF GARNISHMENT** |

ORDER

IT IS SO ORDERED that the Clerk of the United States District Court, on the application the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205 is granted this Court's approval to issue a Writ of Garnishment against Defendant Judgment Debtor MARLENE R. BORJA in the above cited action.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: May 08, 2008**