✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**MARLENE R. BORJA**      CASE NUMBER: **CR-97-00142-001**

TYPE OF CASE:
☐ CIVIL     X    **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

### DISPOSITION HEARING

X    **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>June 4, 2008 at 9:30 a.m. | RESCHEDULED TO DATE AND TIME<br><br>June 5, 2008 at 8:15 a.m. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

June 2, 2008                  /s/ Carmen B. Santos
DATE                                       (BY) DEPUTY CLERK

TO:    U. S. Attorney's Office
         Federal Public Defender
         U.S. Probation Office
         U.S. Marshals Service