# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-97-00142　　　　　　　　　　　　DATE: June 05, 2008
　　　　　　CR-02-00059

**HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding**
Law Clerk: Kim R. Walmsley　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　Electronically Recorded: 9:22:14 - 10:05:10

**APPEARANCES:**
Defendant: Marlene R. Borja　　　　　　　　Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☐ CJA
U.S. Attorney: Marivic P. David　　　　　　U.S. Agent:
U.S. Probation: Carmen O'Mallan
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Disposition Hearing**
- Revocation of supervised release <u>granted</u>.
- Defendant sentenced to Bureau of Prisons for 7 months for CR-97-00142 and 24 months for CR-02-00059, to run concurrently (refer to Revocation Judgment or Amended Judgment).
- Court recommends that defendant participate in a drug treatment program, mental health treatment program and/or vocational program.
- Defendant to remain released until June 13, 2008 when she will be remanded to the cusody of the U.S. Marshals Service for placement with the Bureau of Prisons.

NOTES: